**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter   7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | American Pain Society | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 52-1180177 | |
| 4. | Debtor's address | **Principal place of business**<br><br>8735 West Higgins Road, Suite 300<br>Chicago, IL 60631<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | americanpainsociety.org | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  American Pain Society
_____Name_____  Case number (*if known*) _____

### 7. Describe debtor's business

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  5417

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Case 19-18467    Doc 1    Filed 06/28/19    Entered 06/28/19 14:05:37    Desc Main
Document    Page 3 of 15

Debtor  American Pain Society
       Name                                                                 Case number (*if known*)

**11. Why is the case filed in this district?**

*Check all that apply:*

- [■] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [■] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - [ ] It needs to be physically secured or protected from the weather.
   - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - [ ] Other _____

   **Where is the property?**
   _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - [ ] No
   - [ ] Yes.    Insurance agency _____
                 Contact name    _____
                 Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- [■] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [■] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [■] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [■] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   American Pain Society   Case number (*if known*)
_____Name_____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 27, 2019
   MM / DD / YYYY

X _____   Carly Reisner
Signature of authorized representative of debtor   Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____   Date   June 27, 2019
Signature of attorney for debtor   MM / DD / YYYY

Steven B. Chaiken, Esq. ARDC #6272045
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   312-435-1050   Email address   sbc@ag-ltd.com

ARDC #6272045 IL
Bar number and State

# United States Bankruptcy Court
### Northern District of Illinois

In re: American Pain Society  
Debtor(s)

Case No.  
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 66

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: June 27, 2019

Carly Reisner/Chief Executive Officer  
Signer/Title

Association Management Center, Inc.
8735 W. Higgins Road, Suite 300
Chicago, IL 60631

Association Management Center, Inc.
Attn: Scott Engle, RA
8735 W Higgins Road, Suite 300
Chicago, IL 60631

Bureau County, IL
Attn: Geno J. Caffarini
Bureau County State's Attorney
700 South Main Street, No. 6
Princeton, IL 61356

Chicago Regional Council of Carpenters
Attn: Ari J. Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Chicago Regional Council of Carpenters
Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Cook County, Illinois
Attn: Kimberly M. Foxx
Cook County State's Attorney
69 W. Washington
Chicago, IL 60602

County of Lake
Attn: Joseph E. Kolar
600 Central Ave., Suite 325
Highland Park, IL 60035

Dekalb County, Illinois
Attn: Rick Amato
Dekalb County State's Attorney
133 West State Street
Sycamore, IL 60178

```
Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Dr. Howard Cooper
Lake County Coroner
26 N. Martin L. King Jr. Avenue
Waukegan, IL 60085-4351


Dr. Howard Cooper
c/o Joseph E. Kolar
600 Central Ave., Suite 325
Highland Park, IL 60035


Dupage County, Illinois
Attn: Robert B. Berlin
Dupage County State's Attorney
503 North County Farm Road
Wheaton, IL 60187


Elsevier Inc.
230 Park Avenue, Suite 800
New York, NY 10169


Elsevier Inc.
Attn: CT Corporation System, RA
28 Liberty Street
New York, NY 10005


Henry County, Illinois
Attn: Matthew Schutte
Henry County State's Attorney
307 West Center Street
Cambridge, IL 61238


Ian Boggero, PhD
356 Masterson Station Dr.
Lexington, KY 40511


Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794
```

```
Illinois Public Risk Fund
Attn: Joshua B. Rosenzweig, RA
1804 N. Naper Blvd, Suite 350
Naperville, IL 60563


Illinois Public Risk Fund
Attn: Ari J. Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654


Int'l Union of Op. Engineers, Local 150
Attn: Dale David Pierson, RA
6140 Jolier Rd Local 150
La Grange Park, IL 60526


Int'l Union of Op. Engineers, Local 150
Attn: Ari J. Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654


Intergovernmenal Personnel Gov't Co-op
Attn: Benjamin H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654


Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL 60154


Intergovernmental Risk Management Agency
Attn: Benjamin H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654


Intergovernmental Risk Management Agency
Attn: Rafey S. Balabanian
Edelson PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
```

JSJD Media, LLC
dba Association Revenue Partners
attn: Mike Berthold, VP
500 N. Central Expressway, Suite 231
Plano, TX 75074

JSJD Media, LLC
Attn: U.S. Corporation Agents, Inc. - RA
9900 Spectrum Dr.
Austin, TX 78717

JSJD Media, LLC
dba Association Revenue Partners
Attn: James DeBois - President
1721 W. Plano Pkwy, #E122
Plano, TX 75075

Kane County, Illinois
Attn: Joseph H. McMahon
Kane County State's Attorney
37 West 777 Route 38, Suite 300
Saint Charles, IL 60175

Keesha Roach, PhD RN
University of Florida
2004 Mowry Road
3114-C1
Gainesville, FL 32610

Kendall County, Illinois
Attn: Eric Weis
Kendal County State's Attorney
807 West John Street
Yorkville, IL 60560

Macoupin County, Illinois
Attn: Jennifer A. Watson
Macoupin County State's Attorney
201 East Main Street
Carlinville, IL 62626

Mark C. Curran, Jr.
Lake County Sheriff
25 S. Martin Luther King Jr. Avenue
Waukegan, IL 60085

Mark C. Curran, Jr.
Attn: Joseph E. Kolar
600 Central Ave., Suite 325
Highland Park, IL 60035

Mark Jensen
Box 359612
Harborview Medical Center
325 Ninth Avenue
Seattle, WA 98104

Mark P Jensen, PHD
Dep't of Rehabilitation Medicine
Box 359612
325 Ninth Ave.
Seattle, WA 98104

McHenry County, Illinois
Attn: Patrick D. Kenneally
McHenry County State's Attorney
2200 N. Seminary Ave.
Woodstock, IL 60098

Michael Nerheim
Lake County State's Attorney
18 North County Street
3rd Floor
Waukegan, IL 60085

Midwest Operating Engineers Health and
Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Pfizer, Inc.
235 East 42nd Street
New York, NY 10005

Pfizer, Inc.
Attn: C T Corporation System, RA
28 Liberty Street
New York, NY 10005

```
Piatt County, Illinois
Dana C. Rhoades- Piatt Cou. State's Atty
Piatt County Courthouse, Room 214
101 West Washington Street
Monticello, IL 61856


R.D. Burns
PO Box 7855
Huntington Beach, CA 92615


St. Clair County, Illinois
Attn: David Cates
Cates Mahoney, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226


St. Clair County, Illinois
Attn: Eric D. Holland
Holland Law Firm
300 North Tucker Street, Suite 801
Saint Louis, MO 63101


St. Clair County, Illinois
Attn: Christopher Cueto
Law Office of Christopher Sueto, Ltd.
7110 West Main Street
Belleville, IL 62223


St. Clair County, Illinois
Attn: Ann Callis
Goldenberg, Heller & Antognoli P.C.
2227 S. State Route 157
Edwardsville, IL 62025


Stanford University School of Medicine
Attn: Mariela Abbott
Research Management Group
3172 Porter Drive
Palo Alto, CA 94304


The City of Burbank
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601
```

```
The City of Countryside
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601


The Mayday Fund
Christina Spellman, Executive Director
127 West 26th Street, Suite 800
New York, NY 10001


The People of the State of Illinois
Attn: Peter J. Flowers
Meyers & Flowers, LLC
3 N 2nd Street, Suite 300
Saint Charles, IL 60174


The People of the State of Illinois
Attn: Paul J. Hanley, Jr.
Simmons Hanley Conroy, LLC
112 Madison Ave.
New York, NY 10016


The Regents of the Univ. of Michigan
Attn: Julie Olivero
3003 S. State Street
First Floor
Ann Arbor, MI 48109-1274


The Township of Lyons
Attn: Allen Schwarz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601


The Village of Evergreen Park
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601


The Washington University
Attn: Teri Medley
Campus Box 1054
One Brookings Drive
Saint Louis, MO 63130
```

Valerie Hruschak, PhD
4979 Sciota Street
Pittsburgh, PA 15224


Village of Bedford Park
Attn: Alan N. Schwartz
Kralovec, Jambois & Schwartz
60 W. Randloph St., 4th Floor
Chicago, IL 60601


Village of Bedford Park
Attn: Kasif Khowaja
The Khowaja Law Firm, LLC
70 East Lake Street, Suite 1220
Chicago, IL 60601


Village of Bridgeview
Attn: Allen Schwarz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601


Village of Hodgkins
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601


Village of Lyons
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601


Village of Summit
Attn: Alan N. Schwartz
Kralovec, Jambois & Schwartz
60 W. Randloph St., 4th Floor
Chicago, IL 60601


Village of Summit
Attn: Kasif Khowaja
The Khowaja Law Firm, LLC
70 East Lake Street, Suite 1220
Chicago, IL 60601

American Pain Society

```
Will County, Illinois
Attn: James W. Glasgow
Will County State's Attorney
57 North Ottawa Street
Joliet, IL 60432
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: American Pain Society
Debtor(s)

Case No.
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for American Pain Society in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 27, 2019
Date

Steven B. Chaiken, Esq. ARDC #6272045
Signature of Attorney or Litigant
Counsel for American Pain Society
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
312-435-1050 Fax:312-435-1059
sbc@ag-ltd.com