Form defntc7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

American Pain Society
8735 West Higgins Road
Suite 300
Chicago, IL 60631
SSN: EIN: 52−1180177

Case No. :   19−18467
Chapter :   7
Judge :   Deborah L. Thorne

**NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE**

   Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **July 12, 2019.**

   The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule D (Form 106D,206D).**
· **Schedule E−F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Statement of Financial Affairs (Form 107/207).**

   If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: July 1, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court