**Fill in this information to identify the case:**

Debtor name    American Pain Society

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    19-18467

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fifth Third Bank | Checking | 4400 | $176,970.55 |
| 3.2. | Northwestern Mutual | Money Market | 4818 | $437.40 |
| 3.3. | Northwestern Mutual | Money Market | 7663 | $0.00 |
| 3.4. | Northwestern Mutual | Money Market | 3034 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $177,407.95

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Pain Society | Case number *(If known)* 19-18467 |
|--------|----------------------|-----------------------------------|
| | Name | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. Flat fee advance payment retainer provided to Adelman & Gettleman, Ltd. in the amount of $25,000 for services rendered prior to and to be rendered in connection with chapter 7 bankruptcy case. — Unknown

8.2. Advance payment retainer provided to Barnes and Thournburg LLP in the amount of $10,000 for services rendered prior to and to be rendered in connection with chapter 7 bankruptcy case. — Unknown

8.3. Advance payment provided to Association Management Center, Inc. ("AMC") in the amount of $38,550.66 for services rendered prior to and to be rendered in connection with chapter 7 bankruptcy case. Among other things, AMC provides office facilities, management, accounting, staffing, and support (including IT, email and website) services to the debtor. — Unknown

8.4. Advance payment provided to Julie Eisele (editorial staff member) in the amount of $18,499.95 for services rendered or to be rendered in connection with publishing the Debtor's journal. — Unknown

8.5. Advance payment provided to Cindy Abrams (editorial staff member) in the amount of $7,755.30 for services rendered or to be rendered in connection with publishing the Debtor's journal. — Unknown

8.6. Advance payment provided to Mark Jensen (editor in chief) in the amount of $13,125.00 for services rendered or to be rendered in connection with publishing the Debtor's journal. — Unknown

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|--|--|--|--|--|--|
| 11a. 90 days old or less: | 885.00 | - | 0.00 | = .... | $885.00 |
| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | Unknown |
| 11a. 90 days old or less: | 195.00 | - | 0.00 | = .... | $195.00 |
| 11a. 90 days old or less: | 745.00 | - | 0.00 | = .... | $745.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | American Pain Society | Case number *(If known)* 19-18467 |
|---|---|---|
| | Name | |

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 15.00 | - | 0.00 | = .... | $15.00 |

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | | 28,000.00 | - | 0.00 | =.... | $28,000.00 |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $29,840.00 |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | Northwestern Mutual (account ending x7507)<br>Certain of these funds may be restricted or otherwise not considered to be property of the estate. | Market | $979,219.50 |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership |
|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |

| 17. | **Total of Part 4.** | |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | $979,219.50 |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress**<br>Publication of Journal of Pain providing information in the field of Pain Research and Treatment. | | Unknown | N/A | Unknown |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | American Pain Society | | Case number *(If known)*  19-18467 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2,688 Soft Bound Booklets - Principles of Analgesic Use (7th Edition) | 3/21/19 | $20,451.73 | Cost | $20,451.73 |
| 1,250 Soft Bound Booklets - Pain Control in the Primary Care Setting | 3/21/19 | $4,242.45 | Cost | $4,242.45 |
| 11 Brass Medallion Awards (Frederick Kerr) | 3/21/19 | Unknown | N/A | Unknown |
| 8 Brass Medallion Awards (William Fordyce) | 3/21/19 | Unknown | N/A | Unknown |
| Past publications of Journal of Pain. See attached rider to Schedule A/B(22). | 6/29/19 | Unknown | N/A | Unknown |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$24,694.18

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    American Pain Society
_____
Name

Case number *(If known)*  19-18467

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Copyrights for American Pain Society Journal - 12 issues published between 1992 and 1994. | Unknown | N/A | Unknown |
| | Copyrights for Pain Forum - 20 issues published between 1995 and 1999. | Unknown | N/A | Unknown |
| | Copyrights for The Journal of Pain - more than 200 issues published since 2000. | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites** americanpainsociety.org | Unknown | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Miscellaneous member information maintained by the Debtor. | Unknown | N/A | Unknown |
| | Miscellaneous customer information maintained by the Debtor. | Unknown | N/A | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Potential goodwill value. | Unknown | N/A | Unknown |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

| Debtor | American Pain Society | Case number *(If known)* 19-18467 |
|---|---|---|
| | Name | |

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>Debtor believes there was an overpayment to the IRS for<br>estimated taxes and may therefore be entitled to a refund<br>upon filing its 2018 tax returns.    Tax year 2018 | Unknown |
| 73. | **Interests in insurance policies or annuities**<br>Non-profit organization management liability policy with<br>Landmark Insurance Company (Policy No. LDP681510). | Unknown |
| | Not-for-profit risk protector policy with National Union Fire<br>Insurance Company of Pittsburgh, PA (Policy No.<br>081568565). | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit<br>has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | American Pain Society | Case number *(If known)* 19-18467 |
|---|---|---|
| | Name | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $177,407.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,840.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $979,219.50 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,694.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,211,161.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,211,161.63 |

# RIDER TO SCHEDULE A/B(22)

## Inventory of Journal of Pain past issues

| Date | Volume | No. | Inventory Amount | Supplement Amount |
|------|--------|-----|------------------|-------------------|
| **2013** | | | | |
| Jan 2013 | 14 | 1 | 2 | |
| Feb 2013 | 14 | 2 | 2 | |
| Mar 2013 | 14 | 3 | 1 | |
| Apr 2013 | 14 | 4 | 2 | 2 |
| May 2013 | 14 | 5 | 1 | |
| Jun 2013 | 14 | 6 | 1 | |
| Jul 2013 | 14 | 7 | 2 | |
| Aug 2013 | 14 | 8 | 2 | |
| Sep 2013 | 14 | 9 | 2 | |
| Oct 2013 | 14 | 10 | 2 | |
| Nov 2013 | 14 | 11 | 2 | |
| Dec 2013 | 14 | 12 | 2 | 2 |
| **2014** | | | | |
| Jan 2014 | 15 | 1 | 2 | |
| Feb 2014 | 15 | 2 | 2 | |
| Mar 2014 | 15 | 3 | 2 | |
| Apr 2014 | 15 | 4 | 2 | 2 |
| May 2014 | 15 | 5 | 2 | |
| Jun 2014 | 15 | 6 | 2 | |
| Jul 2014 | 15 | 7 | 2 | |
| Aug 2014 | 15 | 8 | 2 | |
| Sep 2014 | 15 | 9 | 2 | |
| Oct 2014 | 15 | 10 | 2 | |
| Nov 2014 | 15 | 11 | 2 | |
| Dec 2014 | 15 | 12 | 2 | |
| **2015** | | | | |
| Jan 2015 | 16 | 1 | 2 | |
| Feb 2015 | 16 | 2 | 2 | |
| Mar 2015 | 16 | 3 | 2 | |
| Apr 2015 | 16 | 4 | 2 | |
| May 2015 | 16 | 5 | 2 | |
| Jun 2015 | 16 | 6 | 2 | |
| Jul 2015 | 16 | 7 | 2 | |
| Aug 2015 | 16 | 8 | 2 | |
| Sep 2015 | 16 | 9 | 2 | |
| Oct 2015 | 16 | 10 | 2 | |
| Nov 2015 | 16 | 11 | 2 | |
| Dec 2015 | 16 | 12 | 2 | |
| **2016** | | | | |
| Jan 2016 | 17 | 1 | 1 | |

| Date | Volume | No. | Inventory Amount | Supplement Amount |
|---|---|---|---|---|
| Feb 2016 | 17 | 2 | 2 | |
| Mar 2016 | 17 | 3 | 2 | |
| Apr 2016 | 17 | 4 | 0 | 2 |
| May 2014 | 17 | 5 | 2 | |
| Jun 2016 | 17 | 6 | 2 | |
| Jul 2016 | 17 | 7 | 2 | |
| Aug 2016 | 17 | 8 | 2 | |
| Sep 2016 | 17 | 9 | 2 | |
| Oct 2016 | 17 | 10 | 1 | |
| Nov 2016 | 17 | 11 | 1 | 2 |
| Dec 2016 | 17 | 12 | 2 | |
| **2017** | | | | |
| Jan 2017 | 18 | 1 | 2 | |
| Feb 2017 | 18 | 2 | 2 | |
| Mar 2017 | 18 | 3 | 2 | |
| Apr 2017 | 18 | 4 | 2 | 1 |
| May 2017 | 18 | 5 | 2 | |
| Jun 2017 | 18 | 6 | 2 | |
| Jul 2017 | 18 | 7 | 2 | |
| Aug 2017 | 18 | 8 | 2 | |
| Sep 2017 | 18 | 9 | 2 | |
| Oct 2017 | 18 | 10 | 2 | |
| Nov 2017 | 18 | 11 | 2 | |
| Dec 2017 | 18 | 12 | 22 | |
| **2018** | | | | |
| Jan 2018 | 19 | 1 | 20 | |
| Feb 2018 | 19 | 2 | 20 | |
| Mar 2018 | 19 | 3 | 20 | 33 |
| Apr 2018 | 19 | 4 | 20 | |
| May 2018 | 19 | 5 | 20 | |
| Jun 2018 | 19 | 6 | 20 | |
| Jul 2018 | 19 | 7 | 5 | |
| Aug 2018 | 19 | 8 | 20 | |
| Sep 2018 | 19 | 9 | 15 | |
| Oct 2018 | 19 | 10 | 13 | |
| Nov 2018 | 19 | 11 | 22 | |
| Dec 2018 | 19 | 12 | 19 | |
| **2019** | | | | |
| Jan 2019 | 20 | 1 | 20 | |
| Feb 2019 | 20 | 2 | 0 | |
| Mar 2019 | 20 | 3 | 19 | |
| Apr 2019 | 20 | 4 | 14 | 15 |
| May 2019 | 20 | 5 | 21 | |
| Jun 2019 | 20 | 6 | 5 | |

**Fill in this information to identify the case:**

Debtor name __American Pain Society__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __19-18467__

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      American Pain Society

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    19-18467

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

*Total claim* $0.00    *Priority amount* $0.00

| | |
|---|---|
| **2.2** Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

*Total claim* $0.00    *Priority amount* $0.00

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00**

Andy Tracy, BSN, MSN, PHD, RN
4902 Kings Way W
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Product

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Association Management Center, Inc.
8735 W. Higgins Road, Suite 300
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Management services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

Bryan Copits
Washington University
660 S. Euclid Ave.
Campus Box 8054
Saint Louis, MO 63112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Award recipient

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Bureau County, IL
Attn: Geno J. Caffarini
Bureau County State's Attorney
700 South Main Street, No. 6
Princeton, IL 61356

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Case No. 2018-L-004540

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

Cheryl Stucky
Medical College of Wisconsin
Cell Biology/Neurobiology/Anatomy
8701 Watertown Plank Road
Milwaukee, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Expense reimbursement

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Chicago Regional Council of Carpenters
Attn: Ari J. Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Case No. 2019-CH-1548

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Chicago Regional Council of Carpenters
Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Case No. 2019-CH-1548

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Cook County, Illinois
Attn: Kimberly M. Foxx
Cook County State's Attorney
69 W. Washington
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Case No. 2017-L-13180

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

County of Lake
Attn: Joseph E. Kolar
600 Central Ave., Suite 325
Highland Park, IL 60035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Case No. 17-CH-1680

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Dekalb County, Illinois
Attn: Rick Amato
Dekalb County State's Attorney
133 West State Street
Sycamore, IL 60178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Case No. 2018-L-13655

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00

Dr. Derek Molliver, PhD
University of New England
Dept. Biomedical Sciences
11 Hills Beach Rd
Biddeford, ME 04005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Product

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Dr. Howard Cooper
Lake County Coroner
26 N. Martin L. King Jr. Avenue
Waukegan, IL 60085-4351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Case No. 17-CH-1680

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00

Dr. Ling Cao
Biomedical Sciences
11 Hills Beach Rd
Biddeford, ME 04005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Product

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00

Dr. Raymond C. Tait, PhD
St Louis University
1438 S Grand Blvd
Saint Louis, MO 63104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Product

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Dupage County, Illinois
Attn: Robert B. Berlin
Dupage County State's Attorney
503 North County Farm Road
Wheaton, IL 60187

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 2018-L-4540

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300,000.00

Elsevier Inc.
230 Park Avenue, Suite 800
New York, NY 10169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Journal of Pain Publisher

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00

Han Tong
310 Oak St Apt 510
Cincinnati, OH 45219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Product

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Henry County, Illinois
Attn: Matthew Schutte
Henry County State's Attorney
307 West Center Street
Cambridge, IL 61238

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 2018-L-12690

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00

Holly Cowley, PHARMD
3385 Fraserdale Dr
Lexington, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Product

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Illinois Public Risk Fund
Attn: Joshua B. Rosenzweig, RA
1804 N. Naper Blvd, Suite 350
Naperville, IL 60563

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 1:19-cv-3210

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Int'l Union of Op. Engineers, Local 150
Attn: Dale David Pierson, RA
6140 Jolier Rd Local 150
La Grange Park, IL 60526

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 1:17-md-02804

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Intergovernmenal Personnel Gov't Co-op
Attn: Benjamin H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-12828

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Intergovernmental Risk Management Agency
Four Westbrook Corporate Center
Suite 940
Westchester, IL 60154

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 1:17-md-02804

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

JSJD Media, LLC
dba Association Revenue Partners
attn: Mike Berthold, VP
500 N. Central Expressway, Suite 231
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Web-related advertisement services.

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Kane County, Illinois
Attn: Joseph H. McMahon
Kane County State's Attorney
37 West 777 Route 38, Suite 300
Saint Charles, IL 60175

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-2943

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Kendall County, Illinois
Attn: Eric Weis
Kendal County State's Attorney
807 West John Street
Yorkville, IL 60560

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-12741

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00

M Tatjana Ramos, MPH, PHARMD
3400 Lebanon Pike
Murfreesboro, TN 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Product

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

**3.28** **Nonpriority creditor's name and mailing address**

Macoupin County, Illinois
Attn: Jennifer A. Watson
Macoupin County State's Attorney
201 East Main Street
Carlinville, IL 62626

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 2018-L-13247

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

Mark C. Curran, Jr.
Lake County Sheriff
25 S. Martin Luther King Jr. Avenue
Waukegan, IL 60085

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 17-CH-1680

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

Mark P Jensen, PHD
Dep't of Rehabilitation Medicine
Box 359612
325 Ninth Ave.
Seattle, WA 98104

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Independent Contractor for editorial services.

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

McHenry County, Illinois
Attn: Patrick D. Kenneally
McHenry County State's Attorney
2200 N. Seminary Ave.
Woodstock, IL 60098

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 2018-L-2948

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

Michael Johnson, PHD
Lilly Corporate Center
DC0510
Indianapolis, IN 46285

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $85.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Product

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

Michael Nerheim
Lake County State's Attorney
18 North County Street
3rd Floor
Waukegan, IL 60085

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 17-CH-1680

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**
Midwest Operating Engineers Health and
Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 2019-CH-1548

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
Painless Research Foundation
106 Ridgewood Ave.
San Francisco, CA 94112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $3,059.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund of unused sponsorship funds

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
Pfizer, Inc.
235 East 42nd Street
New York, NY 10005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $223,983.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Grants Management

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
Piatt County, Illinois
Dana C. Rhoades- Piatt Cou. State's Atty
Piatt County Courthouse, Room 214
101 West Washington Street
Monticello, IL 61856

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 2018-L-12689

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
R.D. Burns
PO Box 7855
Huntington Beach, CA 92615

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 30-2018-00982349-CU-PP-CXC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
St. Clair County, Illinois
Attn: David Cates
Cates Mahoney, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 1:17-md-02804

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
The City of Burbank
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 2018-L-12659

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The City of Countryside
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-12640

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,159.90 |
|---|---|---|---|

The Mayday Fund
Christina Spellman, Executive Director
127 West 26th Street, Suite 800
New York, NY 10001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Grants Management

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The People of the State of Illinois
Attn: Peter J. Flowers
Meyers & Flowers, LLC
3 N 2nd Street, Suite 300
Saint Charles, IL 60174

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Various Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Township of Lyons
Attn: Allen Schwarz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-9321

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Village of Evergreen Park
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-12652

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Village of Bedford Park
Attn: Alan N. Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph St., 4th Floor
Chicago, IL 60601

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case No. 2018-L-8819

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Village of Bridgeview
Attn: Allen Schwarz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 2018-L-9526

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Village of Hodgkins
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 2018-L-9848

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Village of Lyons
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 18-L-8746

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Village of Summit
Attn: Alan N. Schwartz
Kralovec, Jambois & Schwartz
60 W. Randloph St., 4th Floor
Chicago, IL 60601

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 2018-L-8803

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00

Virginie Aubert, PHD
2000 N Howe St
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Product

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Will County, Illinois
Attn: James W. Glasgow
Will County State's Attorney
57 North Ottawa Street
Joliet, IL 60432

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Case No. 2018-L-4546

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Williamson County, Illinois
Attn: Brandon J. Zanotti
Williamson County State's Attorney
200 W. Jefferson St.
Marion, IL 62959

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Case No. 2019-L-73

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

Yehui Zhu
School of Nursing
3500 Victoria St
Pittsburgh, PA 15261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: Product

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Association Management Center, Inc.<br>Attn: Scott Engle, RA<br>8735 W Higgins Road, Suite 300<br>Chicago, IL 60631 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 Dr. Howard Cooper<br>c/o Joseph E. Kolar<br>600 Central Ave., Suite 325<br>Highland Park, IL 60035 | Line 3.12<br>☐ Not listed. Explain ____ | _ |
| 4.3 Elsevier Inc.<br>Attn: CT Corporation System, RA<br>28 Liberty Street<br>New York, NY 10005 | Line 3.16<br>☐ Not listed. Explain ____ | _ |
| 4.4 Illinois Public Risk Fund<br>Attn: Ari J. Scharg<br>Edelson PC<br>350 N. LaSalle Street, 14th Floor<br>Chicago, IL 60654 | Line 3.20<br>☐ Not listed. Explain ____ | _ |
| 4.5 Int'l Union of Op. Engineers, Local 150<br>Attn: Ari J. Scharg<br>Edelson PC<br>350 N. LaSalle Street, 14th Floor<br>Chicago, IL 60654 | Line 3.21<br>☐ Not listed. Explain ____ | _ |
| 4.6 Intergovernmental Risk Management Agency<br>Attn: Benjamin H. Richmond<br>Edelson PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654 | Line 3.23<br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.7 | Intergovernmental Risk Management Agency<br>Attn: Rafey S. Balabanian<br>Edelson PC<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107 | Line 3.23<br>☐ Not listed. Explain ____ | _ |
| 4.8 | JSJD Media, LLC<br>Attn: U.S. Corporation Agents, Inc. - RA<br>9900 Spectrum Dr.<br>Austin, TX 78717 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Mark C. Curran, Jr.<br>Attn: Joseph E. Kolar<br>600 Central Ave., Suite 325<br>Highland Park, IL 60035 | Line 3.29<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Pfizer, Inc.<br>Attn: C T Corporation System, RA<br>28 Liberty Street<br>New York, NY 10005 | Line 3.36<br>☐ Not listed. Explain ____ | _ |
| 4.11 | St. Clair County, Illinois<br>Attn: Eric D. Holland<br>Holland Law Firm<br>300 North Tucker Street, Suite 801<br>Saint Louis, MO 63101 | Line 3.39<br>☐ Not listed. Explain ____ | _ |
| 4.12 | St. Clair County, Illinois<br>Attn: Ann Callis<br>Goldenberg, Heller & Antognoli P.C.<br>2227 S. State Route 157<br>Edwardsville, IL 62025 | Line 3.39<br>☐ Not listed. Explain ____ | _ |
| 4.13 | St. Clair County, Illinois<br>Attn: Christopher Cueto<br>Law Office of Christopher Sueto, Ltd.<br>7110 West Main Street<br>Belleville, IL 62223 | Line 3.39<br>☐ Not listed. Explain ____ | _ |
| 4.14 | The People of the State of Illinois<br>Attn: Paul J. Hanley, Jr.<br>Simmons Hanley Conroy, LLC<br>112 Madison Ave.<br>New York, NY 10016 | Line 3.43<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Village of Bedford Park<br>Attn: Kasif Khowaja<br>The Khowaja Law Firm, LLC<br>70 East Lake Street, Suite 1220<br>Chicago, IL 60601 | Line 3.46<br>☐ Not listed. Explain ____ | _ |
| 4.16 | Village of Summit<br>Attn: Kasif Khowaja<br>The Khowaja Law Firm, LLC<br>70 East Lake Street, Suite 1220<br>Chicago, IL 60601 | Line 3.50<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Williamson County, Illinois<br>c/o Mark D. Prince<br>Prince Law Firm<br>P.O. Box 1050<br>Jacob, IL 62950 | Line 3.53<br>☐ Not listed. Explain ____ | _ |

| Debtor | American Pain Society | Case number (if known) | 19-18467 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 604,397.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 604,397.19 |

**Fill in this information to identify the case:**

Debtor name     American Pain Society

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     19-18467

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Management and Administrative Services Agreement | |
| | State the term remaining | | Association Management Center, Inc. |
| | List the contract number of any government contract | | 8735 W. Higgins Road, Suite 300 Chicago, IL 60631 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Journal Publishing Agreement | |
| | State the term remaining | | Elsevier Inc. |
| | List the contract number of any government contract | | 230 Park Avenue, Suite 800 New York, NY 10169 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Grant Agreement dated 11/8/18 | |
| | State the term remaining | | Ian Boggero,PhD |
| | List the contract number of any government contract | | 356 Masterson Station Dr. Lexington, KY 40511 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Agreement Contract (May 2018) | |
| | State the term remaining | | JSJD Media, LLC dba Association Revenue Partners Attn: James DeBois - President |
| | List the contract number of any government contract | | 1721 W. Plano Pkwy, #E122 Plano, TX 75075 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | American Pain Society | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (*if known*)   19-18467

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Grant Agreement dated 11/8/18 | |
|---|---|---|---|
| | State the term remaining | | Keesha Roach, PhD RN University of Florida 2004 Mowry Road 3114-C1 Gainesville, FL 32610 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated June 15, 2010 | |
|---|---|---|---|
| | State the term remaining | | Mark Jensen Box 359612 Harborview Medical Center 325 Ninth Avenue Seattle, WA 98104 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Grant Agreement dated 11/30/18 | |
|---|---|---|---|
| | State the term remaining | | Stanford University School of Medicine Attn: Mariela Abbott Research Management Group 3172 Porter Drive Palo Alto, CA 94304 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Grant Agreement dated 11/28/18 | |
|---|---|---|---|
| | State the term remaining | | The Regents of the Univ. of Michigan Attn: Julie Olivero 3003 S. State Street First Floor Ann Arbor, MI 48109-1274 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Grant Agreement dated 11/28/18 | |
|---|---|---|---|
| | State the term remaining | | The Washington University Attn: Teri Medley Campus Box 1054 One Brookings Drive Saint Louis, MO 63130 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Grant Agreement dated 11/8/18 | |
|---|---|---|---|
| | State the term remaining | | Valerie Hruschak, PhD 4979 Sciota Street Pittsburgh, PA 15224 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | American Pain Society | | | Case number *(if known)* | 19-18467 |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name  American Pain Society

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  19-18467

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    American Pain Society

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   19-18467

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■  Schedule H: Codebtors (Official Form 206H)

■  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule

☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2019          X
                                      Signature of individual signing on behalf of debtor

                                      Carly Reisner
                                      Printed name

                                      Chief Executive Officer
                                      Position or relationship to debtor