**Form NTCFTFC7**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

American Pain Society
8735 West Higgins Road
Suite 300
Chicago, IL 60631
SSN: EIN: 52–1180177

Case No. : 19–18467

Chapter : 7
Judge : Deborah L. Thorne

---

Debtor's Attorney:
Steven B Chaiken
Adelman & Gettleman
53 W Jackson Blvd, Ste. 1050
Chicago, IL 60604

312 435–1050

Trustee:
Michael K Desmond
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603

312–251–5257

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *June 28, 2019* .

1. *December 5, 2019* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *December 26, 2019* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: September 4, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court