**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Deborah Thorne |
| | ) | |
| | ) | Hearing Date: October 29, 2019 |
| | ) | Hearing Time: 9:30 a.m. |
| | ) | Room No.: 613 |

**NOTICE OF MOTION**

**TO:**   See attached Service List.

On **October 29, 2019** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before Judge Deborah Thorne in Courtroom 613, Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND FOR OTHER RELIEF,** a copy of which is attached.

Dated: October 18, 2019

                                                Respectfully Submitted,

                                                **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY,**

                                                By:   */s/ Michael K. Desmond*
                                                       One of his Attorneys

Michael K. Desmond (#6208809)
Justin M. Herzog (#6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Deborah Thorne |
| | ) | |
| | ) | **Hearing Date:  October 29, 2019** |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | **Room No.:      613** |

**TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT
AND FOR OTHER RELIEF**

Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of American Pain Society ("the Debtor"), by his attorneys and pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), moves this Court to approve a settlement with Elsevier, Inc. and for other relief ("Motion").  In support of this Motion, the Trustee respectfully states as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. § 1408.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The statutory predicates for the relief requested in this Motion are 11 U.S.C. §363 and Bankruptcy Rule 9019.

**BACKGROUND**

4. On June 28, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S.

2

Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-entitled case and creating the Debtor's estate (the "Estate").

5. The Trustee was appointed as the chapter 7 trustee of the Estate on the Petition Date.

6. Prior to the Petition Date, the Debtor operated a professional membership organization and served as a national chapter of the International Association for the Study of Pain. Disciplines represented include medicine, dentistry, psychology, nursing, physical therapy, pharmacy, basic science, government, law, business and industry.

7. The Debtor holds the copyright and trademark rights to widely circulated monthly medical research journal known as "*The Journal of Pain*", which provides a platform in which clinical researchers, basic scientists, clinicians, and other healthcare professionals can publish original research regarding patient care, education, and health policy. The rights to *The Journal of Pain* are a significant asset to the Estate, and the Trustee intends to sell those rights.

8. On September 7, 2017, the Debtor entered into a five-year Journal Publishing Agreement with Elsevier, Inc., which runs through December 31, 2022 ("Publishing Agreement"). In exchange for granting Elsevier a license to publish *The Journal of P*ain, the Debtor receives annual minimum guaranteed royalties of $250,000.00, a fixed annual editorial stipend and the Debtor received an upfront signing bonus of $500,000.00. In exchange, the Debtor pays Elsevier a monthly member subscription fee and the Debtor pays a monthly stipend to the Editorial Staff. A true and correct copy of the Publishing Agreement is attached hereto as **Exhibit A**.

9. On or about July 22, 2019, Elsevier served notice on the Trustee that it was terminating the Publishing Agreement effective September 1, 2019, and demanded a return of a pro-rata share of the signing bonus in the amount of $300,000.00, paid to the Debtor pursuant to

Section 6.12 of the Publishing Agreement. The Trustee disputed Elsevier's right to terminate the Publishing Agreement and the Estate's obligation to refund any portion of the signing bonus.

10. Since the Petition Date, Elsevier has continued to publish the Journal of Pain for the months of July, August, and September but has demanded that the Trustee assume the Publishing Agreement and pay all cure costs due Elsevier.

## THE SETTLEMENT

11. The parties have reached a mutual agreement whereby Elsevier will continue to publish the Journal of Pain through December 31, 2019, while the Trustee attempts to market and sell the rights to the Journal of Pain.

12. The material terms of the settlement are outlined below:

   a. Elsevier agrees to continue to publish *The Journal of Pain* through December 31, 2019;

   b. The Estate shall pay Elsevier monthly member subscription fees through December 31, 2019, in the approximate amount of $9,000.00 per month, and will pay the outstanding invoices for the months of July 2019, August 2019, and September 2019 in the amounts of $6,992.64, $9,007.49, and $9,007.49, respectively. Elsevier shall be entitled to an allowed Chapter 7 administrative claim pursuant to 503(b) for any unpaid subscription fees accruing between July 1, 2019 and December 31, 2019;

   c. The Estate shall continue to pay the cost of the Editor-in-Chief (Dr. Mark Jensen) and his staff for the period September 1, 2019 through December 31, 2019, estimated to be approximately $11,400.00 per month;

   d. Elsevier shall be required to pay the Estate for all unpaid Editorial fees pursuant to Section 6.2 of the Contract through December 31, 2019. The annual editorial fee due to the Debtor for 2019 is $242,123.00, or approximately $20,176.91 per month;

   e. Elsevier shall be required to pay the Estate for any royalties accruing between the period from July 1, 2019 through December 31, 2019, if any, pursuant to Section 6.1 of the Contract, and will provide a statement to the Trustee pursuant to Section 6.1(c) within a reasonable period of time following the expiration of this Agreement ("the Final Accounting");

4

      f.      In full satisfaction of any and all claims for cure costs relating to repayment of the signing bonus pursuant to Section 6.12 of the Publishing Agreement, Elsevier shall have an allowed Chapter 7 Administrative Expense claim against the Estate for $50,000.00. ("Allowed Administrative Expense"). Such Allowed Administrative Expense shall be reduced by any unpaid royalties and editorial fees accruing between the period from July 1, 2019 through December 31, 2019, which are due to the Estate pursuant to this Agreement. Further, Elsevier shall have an allowed unsecured pre-petition claim for the pro-rata portion of the signing bonus repayable to Elsevier, net of the Allowed Administrative Expense, estimated to be $250,000.00.

The term sheet between the parties is attached hereto as **Exhibit B.**

13. The Trustee believes this settlement is in the best interest of the Estate as it will ensure the continued publication of *The Journal of Pain*, while the Trustee attempts to locate a qualified buyer.

## BASIS FOR RELIEF REQUESTED

14. Bankruptcy Rule 9019(a) authorizes this Court to approve the Settlement Agreement if doing so would be in the best interests of the Debtor's Estate, stating in relevant part that "on motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."

15. Compromises are favored in bankruptcy as they serve to expedite the administration of the case and reduce administrative costs. *See, e.g., Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000); *In re Martin*, 91 F.3d 389, 393 (3rd Cir. 1996) ("To minimize litigation and expedite the administration of a bankruptcy case, '[c]ompromises are favored in bankruptcy.'") (quoting 9 *Collier on Bankruptcy*, at 9019.03[1] (15th Ed. 1993)).

16. The Court should approve the Settlement Agreement if doing so is in the best interest of the Debtor's Estate. *See In re Andreuccetti*, 975 F.2d 413, 421 (7th Cir. 1992); *In re Energy Co-op., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989); *In re American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987); *In re Griffin Trading Company*, 270 B.R. 883, 903 (Bankr. N.D. Ill.

2001), *aff'd*, 270 B.R. 905 (N.D. Ill. 2001); *In re Commercial Loan Corp.*, 316 B.R. 690, 697 (Bankr. N.D. Ill. 2004).

17. In making that determination, the Court must compare the terms of settlement with the probability of success, the litigation's complexity, and the litigation's attendant expense, inconvenience and delay (including the possibility that disapproving the settlement will cause wasting of assets). *See American Reserve Corp.*, 841 F.2d at 161; *In re Resource Technology Corp.*, 2005 WL 43262, at * 2 (N.D. Ill. Jan. 10, 2005).

18. Although any given settlement may not provide the ideal allocation of funds from the perspective of any given litigant, the Court may "give weight to the trustee's informed judgment in considering an agreement and need not decide the numerous questions of law and fact raised by the parties." *Id.* at * 3 (internal citation omitted).

19. It is well established that a trustee's business judgment should be approved unless the proposed settlement falls beneath the lowest range of reasonable litigation outcomes. *See Energy Co-op.*, 886 F.2d at 929; *In re Artra Group, Inc.*, 300 B.R. 699, 702 (Bankr. N.D. Ill. 2003); *In re Telesphere Communications, Inc.*, 229 B.R. 173, 181 (Bankr. N.D. Ill. 1999).

20. The Trustee submits that in his business judgment, after consulting with counsel, the proposed settlement is fair and equitable and in the best interests of the Debtors' Estate. In determining to enter into the Settlement Agreement with Elsevier, the Trustee considered, among other things: (a) injuries and damages sustained by the Debtor to date; (b) the cost of litigation; (c) preserving the value a potential sale of the of the Journal of Pain will bring to the Estate; (d) the funds remaining in the Debtors' Estate; d) the number of claims filed against the Estate; and (e) the value of a potential distribution to allowed claims against the Estate.

21. The Trustee submits that the proposed Settlement Agreement is particularly advantageous in consideration of the risks of litigation and the potential loss in the market value of the Journal of Pain.

### **REQUEST TO SHORTEN NOTICE**

22. At least ten (10) days written notice of this Motion has been served on the Debtor, Debtor's Counsel, all creditors, all parties who have requested notice of all pleadings filed in the Bankruptcy Case, and the Office of the United States Trustee.

23. The Trustee requests that the Court deem the Notice of this Motion to be sufficient, and further notice of the Motion may be waived for cause shown pursuant to Fed. R. Bankr. P. 9006(c) and 9007.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order:

(a) Approving the Settlement Agreement with Elsevier as outlined in the Motion;

(b) Authorizing the Trustee to undertake such other acts as may be reasonable and necessary to consummate the Settlement Agreement, including but not limited to, executing the Settlement Agreement and any other necessary paperwork and paying the subscription fees to Elsevier for the period July 1, 2019 through December 31, 2019, pursuant to the terms of the Settlement Agreement;

(c) Granting Elsevier an allowed Chapter 7 administrative expense claim in the amount of $50,000.00, less any unpaid royalties and editorial fees due to the Debtor for the period from July 1, 2019 through December 31, 2019 pursuant to the terms of the Settlement Agreement;

(d) Granting Elsevier an allowed pre-petition general unsecured claim in the amount of $250,000;

(e) Authorizing the Trustee to grant Elsevier the right to continue to publish *The Journal of Pain* through December 31, 2019;

(f) Approving the notice of this Motion sent by Trustee; and

(g) Granting such further relief as is fair and just.

Dated: October 18, 2019

Respectfully Submitted,

**MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY,**

By: */s/ Michael K. Desmond*
    One of his Attorneys

Michael K. Desmond (#6208809)
Justin M. Herzog (#6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

**CERTIFICATE OF SERVICE**

The undersigned attorney states that on October 18, 2019, a copy of the attached:

**NOTICE OF MOTION**
and
**TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND FOR OTHER RELIEF**

will be served on all counsel listed below in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System.

By: */s/ Michael K. Desmond*

**Mailing Information for Case 19-18467**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Steven B. Chaiken**   schaiken@ag-ltd.com
- **Michael K Desmond**   mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List – Via 1st Class Mail**

American Pain Society
8735 West Higgins Road
Suite 300
Chicago, IL 60631
*(Debtor)*

Creditor List

Andy Tracy, BSN, MSN, PHD, RN
4902 Kings Way W Gurnee, IL 60031

Association Management Center, Inc.
8735 W. Higgins Road, Suite 300
Chicago, IL 60631

Association Management Center, Inc.
Attn: Scott Engle, RA
8735 W Higgins Road, Suite 300
Chicago, IL 60631

Bryan Copits Washington University
660 S. Euclid Ave.
Campus Box8054
Saint Louis, MO 63112

Bureau County, IL Attn: Geno J. Caffarini
Bureau County State's Attorney
700 South Main Street, No. 6
Princeton, IL 61356

Cheryl Stucky
Medical College of Wisconsin
Cell Biology/Neurobiology/Anatomy
8701 Watertown Plank Road
Milwaukee, WI 53226

Chicago Regional Council of Carpenters
Attn: Ari J. Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Chicago Regional Council of Carpenters Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Cook County, Illinois Attn:
Kimberly M. Foxx

Cook County State's Attorney
69 W. Washington
Chicago, IL 60602

County of Lake
Attn: Joseph E. Kolar
600 Central Ave., Suite 325 Highland Park,
IL 60035

Dekalb County, Illinois Attn: Rick
Amato
Dekalb County State's Attorney
133 West State Street
Sycamore, IL 60178

Department of the Treasury Internal Revenue
Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Dr. Derek Molliver, PhD University of
New England Dept. Biomedical Sciences
11 Hills Beach Rd
Biddeford, ME 04005

Dr. Howard Cooper
c/o Joseph E. Kolar
600 Central Ave., Suite
325 Highland Park, IL 60035

Dr. Ling Cao Biomedical Sciences
11
Hills Beach Rd. Biddeford, ME
04005

Dr. Raymond C. Tait, PhD
St Louis University
1438 S Grand Blvd
Saint Louis, MO 63104

Dupage County, Illinois Attn:
Robert B. Berlin
Dupage County State's Attorney
503 North County Farm Road Wheaton, IL 60187

Elsevier Inc.
230 Park Avenue, Suite 800
New York, NY 10169

Elsevier Inc.
Attn: CT Corporation System, RA
28 Liberty Street
New York, NY 10005

Han Tong
310 Oak St Apt 510
Cincinnati, OH 45219

Henry County, Illinois Attn:
Matthew Schutte
Henry County State's Attorney
307 West Center Street
Cambridge, IL 61238

Holly Cowley, PHARMD
3385 Fraserdale Dr
Lexington, KY 40503

Ian Boggero,PhD
356 Masterson Station Dr. Lexington, KY
40511

Illinois Department of Revenue Bankruptcy
Unit
P.O. Box 19035 Springfield, IL
62794

Illinois Public Risk Fund
Attn: Joshua B. Rosenzweig, RA 1804 N. Naper
Blvd, Suite 350
Naperville, IL 60563

Illinois Public Risk Fund Attn: Ari J.
Scharg Edelson PC
350 N. LaSalle Street, 14th Floor Chicago, IL
60654


Int'l Union of Op. Engineers, Local 150 Attn: Dale David
Pierson, RA
6140 Jolier Rd Local 150 La Grange Park, IL
60526


Int'l Union of Op. Engineers, Local 150 Attn: Ari J. Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor Chicago, IL
60654


Intergovernmenal Personnel Gov't Co-op Attn:
Benjamin H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor Chicago, IL 60654


Intergovernmental Risk Management Agency Four Westbrook
Corporate Center
Suite 940
Westchester, IL 60154


Intergovernmental Risk Management Agency Attn: Benjamin
H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor Chicago, IL 60654


Intergovernmental Risk Management Agency Attn: Rafey S.
Balabanian
Edelson PC
123 Townsend Street, Suite 100
San Francisco, CA 94107


JSJD Media, LLC
dba Association Revenue Partners attn: Mike
Berthold, VP
500 N. Central Expressway, Suite 231
Plano, TX 75074

JSJD Media, LLC
Attn: U.S. Corporation Agents, Inc. - RA 9900 Spectrum Dr.
Austin, TX 78717


JSJD Media, LLC
dba Association Revenue Partners Attn: James
DeBois - President
1721 W. Plano Pkwy, #E122
Plano, TX 75075


Kane County, Illinois
Attn: Joseph H. McMahon
Kane County State's Attorney
37 West 777 Route 38, Suite 300 Saint Charles,
IL 60175


Keesha Roach, PhD RN University
of Florida
2004 Mowry Road
3114-C1
Gainesville, FL 32610


Kendall County, Illinois Attn: Eric
Weis
Kendal County State's Attorney
807 West John Street Yorkville, IL 60560


M Tatjana Ramos, MPH, PHARMD
3400 Lebanon Pike
Murfreesboro, TN 37129


Macoupin County, Illinois Attn: Jennifer
A. Watson
Macoupin County State's Attorney
201 East Main Street
Carlinville, IL 62626


Mark C. Curran, Jr. Lake County
Sheriff
25 S. Martin Luther King Jr. Avenue Waukegan, IL 60085

Mark C. Curran, Jr.
Attn: Joseph E. Kolar
600 Central Ave., Suite 325 Highland Park,
IL 60035

Mark Jensen
Box359612
Harborview Medical Center 325 Ninth
Avenue
Seattle, WA 98104

Mark P Jensen,PHD
Dep't of Rehabilitation Medicine
Box 359612
325 NinthAve.
Seattle, WA 98104

McHenry County, Illinois Attn: Patrick D.
Kenneally
McHenry County State's Attorney 2200 N.
Seminary Ave.
Woodstock, IL 60098

Michael Johnson, PHD
Lilly Corporate Center DC0510
Indianapolis, IN 46285

Michael Nerheim
Lake County State's Attorney
18 North County Street
3rd Floor Waukegan, IL60085

Midwest Operating Engineers Health and Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor Chicago, IL 60654

Painless Research Foundation
106 Ridgewood Ave.
San Francisco, CA 94112

Pfizer, Inc.
235 East 42nd Street New York,
NY 10005

Pfizer, Inc.
Attn: C T Corporation System, RA 28 Liberty Street
New York, NY 10005

Piatt County, Illinois
Dana C. Rhoades-
Piatt Cou. State's Atty
Piatt County Courthouse, Room 214
101 West Washington Street Monticello, IL
61856

R.D. Burns
PO Box 7855
Huntington Beach, CA 92615

St. Clair County, Illinois Attn: David
Cates
Cates Mahoney,LLC
216 West Pointe Drive, Suite A Swansea, IL
62226

St. Clair County, Illinois Attn: Eric D.
Holland
Holland Law Firm
300 North Tucker Street, Suite 801 Saint Louis,
MO 63101

St. Clair County, Illinois Attn: Christopher
Cueto
Law Office of Christopher Sueto, Ltd. 7110 West Main
Street
Belleville, IL 62223

St. Clair County, Illinois Attn: Ann Callis
Goldenberg, Heller & Antognoli P.C. 2227 S. State
Route 157
Edwardsville, IL 62025

Stanford University School of Medicine Attn: Mariela
Abbott
Research Management Group 3172 Porter
Drive
Palo Alto, CA 94304

The City of Burbank Attn: Allen
Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

The City of Countryside
Attn: Allen Schwartz Kralovec, Jambois &
Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

The Mayday Fund
Christina Spellman, Executive Director
127 West 26th Street, Suite 800
New York, NY 10001

The People of the State of Illinois Attn: Peter J.
Flowers
Meyers & Flowers, LLC
3 N 2nd Street, Suite 300 Saint Charles, IL
60174

The People of the State of Illinois Attn: Paul J. Hanley,
Jr.
Simmons Hanley Conroy, LLC
112 Madison Ave.
New York, NY 10016

The Regents of the Univ. of Michigan Attn: Julie
Olivero
3003 S. State Street First Floor
Ann Arbor, MI 48109-1274

The Township of Lyons Attn:
Allen Schwarz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor Chicago, IL 60601

The Village of Evergreen Park Attn: Allen
Schwartz Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor
Chicago, IL 60601

The Washington University Attn: Teri
Medley
Campus Box1054
One BrookingsDrive Saint Louis,
MO 63130

Valerie Hruschak, PhD
4979 Sciota Street
Pittsburgh, PA 15224

Village of Bedford Park
Attn: Alan N. Schwartz Kralovec, Jambois &
Schwartz
60 W. Randloph St., 4th Floor Chicago, IL
60601

Village of Bedford Park Attn:
Kasif Khowaja
The Khowaja Law Firm, LLC
70 East Lake Street, Suite 1220
Chicago, IL 60601

Village of Bridgeview Attn: Allen
Schwarz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor Chicago, IL 60601

Village of Hodgkins Attn: Allen
Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor Chicago, IL 60601

Village of Lyons
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W Randolph, 4th Floor Chicago, IL 60601

Village of Summit
Attn: Alan N. Schwartz
Kralovec, Jambois & Schwartz
60 W. Randloph St., 4th Floor
Chicago, IL 60601

Village of Summit
Attn: KasifKhowaj
The Khowaja Law Firm, LLC
70 East Lake Street, Suite 1220
Chicago, IL 60601

Virginie Aubert, PHD
2000 N Howe St Chicago, IL 60614

Will County, Illinois
Attn: James W. Glasgow
Will County State's Attorney
57 North Ottawa Street
Joliet, IL 60432

Williamson County, Illinois
Attn: Brandon J. Zanotti
Williamson County State's Attorney
200 W. Jefferson St.
Marion, IL 62959

Williamson County, Illinois
c/o Mark D. Prince
Prince LawFirm
P.O. Box 1050
Jacob, IL62950

Yehui Zhu
School of Nursing
3500 Victoria St
Pittsburgh, PA 15261