## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Deborah Thorne |
| | ) | |
| | ) | **Final Hearing :   December 17, 2019** |
| | ) | **Hearing Time:   10:30 a.m.** |
| | ) | **Room No.:        613** |

## NOTICE OF AUCTION SALE, BIDDING PROCEDURES
## AND FINAL SALE HEARING

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE:

On June 28, 2019 (the "Petition Date"), American Pain Society ("Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"). Michael K. Desmond ("Trustee") was appointed as the chapter 7 trustee of the Estate on the Petition Date.

1. **Sale Motion**:  On November 7, 2019, the Trustee presented a motion for the entry of an Order (i) approving Bid Procedures for the sale of the Estate's right title and interest in *The Journal of Pain*, ("Purchased Assets")*;* (ii) scheduling an Auction Sale; (iii) approving the form and manner of the Sale Notice; and (iv) scheduling a final hearing ("Final Hearing") to consider approval of the Auction Sale and entry of an order ("Sale Order") approving the sale of the Purchased Assets to the Successful Bidder; and (v) granting related relief.

2. **Sale of Assets**.  The Trustee shall offer for sale the Estate's right title and interest in *The Journal of Pain*, and any associated copyright and trademark rights held by the Estate, free and clear of any existing liens, claims or encumbrances to the extent provided for in section 363 of the Bankruptcy Code.  Information regarding the Purchased Assets may be obtained from the Trustee's counsel at Figliulo & Silverman, P.C., 10 S. LaSalle St., Suite 3600, Chicago, IL  60603, Michael K. Desmond (312) 251-5287, mdesmond@fslegal.com or Justin M. Herzog (312) 251-5278, jherzog@fslegal.com.

3. **Bidding Procedures Order**:  On November 7, 2019, the Bankruptcy Court entered the Bidding Procedures Order and set (i) **December 9, 2019** (the "Bid Deadline") as the deadline to submit offers; (ii) **December 12, 2019 at 11:00 a.m**. as the date of the Auction (the "Auction

Date"); and (iii) **December 17, 2019 at 10:30 a.m.** as the date of the Final Hearing before the Honorable Deborah Thorne, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois 60604. [*Docket No.* 36]. Copies of the Sale Motion (including the form purchase agreement) and the Bidding Procedures Order can be obtained by: (1) accessing the Court's electronic docket for this case via its PACER website at https://ecf.ilnb.uscourts.gov/cgi-bin/login.pl; (2) visiting the Office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604; or (3) contacting the Trustee's counsel at Figliulo & Silverman, P.C., 10 S. LaSalle St., Suite 3600, Chicago, IL 60603, Michael K. Desmond (312) 251-5287, mdesmond@fslegal.com or Justin M. Herzog (312) 251-5278, jherzog@fslegal.com.

4.     **Submission of Offers**: All potential buyers desiring to bid at the Auction shall be required to comply with the terms of the Bidding Procedures attached to the Bid Procedures Order as Exhibit 1. Among other things, (i) all bids must be in the form of the purchase agreement attached as Exhibit 1 to the Bidding Procedures; (ii) all bids must be received by the Bid Deadline as provided for in the Bidding Procedures; and (iii) potential bidders must demonstrate to the Debtors the financial ability to close the proposed transaction.

5.     **Auction**: As set forth in the Bid Procedures Order, the auction shall take place on **December 12, 2019 at 11:00 a.m.** at the offices of the Debtors' counsel, Figliulo & Silverman, P.C., 10 S. LaSalle St., Suite 3600, Chicago, IL 60603.

November 7, 2019

> **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY,**
>
> By:     */s/ Michael K. Desmond*
>            One of his Attorneys

Michael K. Desmond (#6208809)
Justin M. Herzog (#6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610