## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Deborah Thorne |
| | ) | |

## PROOF OF SERVICE

**TO:**    *See Attached Service List*

    I, MICHAEL K. DESMOND, an attorney, hereby state that the **Notice of Auction Sale, Bidding Procedures and Final Sale Hearing** (attached as Exhibit 1), was served upon the parties listed on the attached Manual Notice List, by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Suite 3600, Chicago, IL 60603, on November 7, 2019 before the hour of 5:00 p.m., proper postage prepaid.

Date: November 21, 2019                    Respectfully submitted,

                                                MICHAEL K. DESMOND, not individually but
                                                as Chapter 7 Trustee of the bankruptcy estate of
                                                ROMEL & LAKESHA SPIGHT

                                      By:  *Michael K. Desmond*
                                              Chapter 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: (312) 251-5287
Facsimile: (312) 251-4610

## CERTIFICATE OF SERVICE

The undersigned attorney states that on November 21, 2019, a copy of the attached **PROOF OF SERVICE** will be served on all counsel listed below in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System.

By: _/s/ Michael K. Desmond_

| ECF MAIL NOTIFICATION LIST | |
|---|---|
| • **Steven B. Chaiken** | schaiken@ag-ltd.com |
| • **Michael K Desmond** | mkd.trustee@fslegal.com, IL23@ecfcbis.com |
| • **Justin M. Herzog** | jherzog@fslegal.com |
| • **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| • **Phillip Nelson** | phillip.nelson@hklaw.com |
| • **Kimberly E. Rients Blair** | kimberly.blair@wilsonelser.com |
| • **David W. Wirt** | david.wirt@hklaw.com |

| REGULAR U.S., FIRST CLASS MAIL |
|---|
| American Pain Society<br>8735 West Higgins Road, Suite 300<br>Chicago, IL 60631<br>*(Debtor)* |

# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Deborah Thorne |
| | ) | |
| | ) | **Final Hearing :** December 17, 2019 |
| | ) | **Hearing Time:** 10:30 a.m. |
| | ) | **Room No.:** 613 |

## NOTICE OF AUCTION SALE, BIDDING PROCEDURES
## AND FINAL SALE HEARING

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE:

On June 28, 2019 (the "Petition Date"), American Pain Society ("Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"). Michael K. Desmond ("Trustee") was appointed as the chapter 7 trustee of the Estate on the Petition Date.

1. **Sale Motion**: On November 7, 2019, the Trustee presented a motion for the entry of an Order (i) approving Bid Procedures for the sale of the Estate's right title and interest in *The Journal of Pain*, ("Purchased Assets"); (ii) scheduling an Auction Sale; (iii) approving the form and manner of the Sale Notice; and (iv) scheduling a final hearing ("Final Hearing") to consider approval of the Auction Sale and entry of an order ("Sale Order") approving the sale of the Purchased Assets to the Successful Bidder; and (v) granting related relief.

2. **Sale of Assets**. The Trustee shall offer for sale the Estate's right title and interest in *The Journal of Pain*, and any associated copyright and trademark rights held by the Estate, free and clear of any existing liens, claims or encumbrances to the extent provided for in section 363 of the Bankruptcy Code. Information regarding the Purchased Assets may be obtained from the Trustee's counsel at Figliulo & Silverman, P.C., 10 S. LaSalle St., Suite 3600, Chicago, IL 60603, Michael K. Desmond (312) 251-5287, mdesmond@fslegal.com or Justin M. Herzog (312) 251-5278, jherzog@fslegal.com.

3. **Bidding Procedures Order**: On November 7, 2019, the Bankruptcy Court entered the Bidding Procedures Order and set (i) **December 9, 2019** (the "Bid Deadline") as the deadline to submit offers; (ii) **December 12, 2019 at 11:00 a.m.** as the date of the Auction (the "Auction

Date"); and (iii) **December 17, 2019 at 10:30 a.m.** as the date of the Final Hearing before the Honorable Deborah Thorne, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois 60604. [*Docket No.* 36]. Copies of the Sale Motion (including the form purchase agreement) and the Bidding Procedures Order can be obtained by: (1) accessing the Court's electronic docket for this case via its PACER website at https://ecf.ilnb.uscourts.gov/cgi-bin/login.pl; (2) visiting the Office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604; or (3) contacting the Trustee's counsel at Figliulo & Silverman, P.C., 10 S. LaSalle St., Suite 3600, Chicago, IL 60603, Michael K. Desmond (312) 251-5287, mdesmond@fslegal.com or Justin M. Herzog (312) 251-5278, jherzog@fslegal.com.

4.  **Submission of Offers**: All potential buyers desiring to bid at the Auction shall be required to comply with the terms of the Bidding Procedures attached to the Bid Procedures Order as Exhibit 1. Among other things, (i) all bids must be in the form of the purchase agreement attached as Exhibit 1 to the Bidding Procedures; (ii) all bids must be received by the Bid Deadline as provided for in the Bidding Procedures; and (iii) potential bidders must demonstrate to the Debtors the financial ability to close the proposed transaction.

5.  **Auction**: As set forth in the Bid Procedures Order, the auction shall take place on **December 12, 2019 at 11:00 a.m.** at the offices of the Debtors' counsel, Figliulo & Silverman, P.C., 10 S. LaSalle St., Suite 3600, Chicago, IL 60603.

November 7, 2019

        **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY,**

        By: ___/s/ *Michael K. Desmond*___
              One of his Attorneys

Michael K. Desmond (#6208809)
Justin M. Herzog (#6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

2

In re:

*AMERICAN PAIN SOCIETY,* Debtor - Case No. 19-18467, Chapter 7
The Honorable Deborah Thorne

## MANUAL CREDITOR LIST

Andy Tracy, BSN, MSN, PhD, RN
4902 Kings Way W
Gurnee, IL 60031

Association Management Center, Inc.
Attn: Scott Engle, RA
8735 W. Higgins Road, Suite 300
Chicago, IL 60631

Bureau County, Illinois
Attn: Geno J. Caffari
Bureau County State's Attorney
700 South Main Street, No. 6
Princeton, IL 61356

Chicago Regional Council of Carpenters
Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

County of Lake
Attn: Joseph E. Kolar
600 Central Ave., Suite 325
Highland Park, IL 60035

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Association Management Center, Inc.
8735 W. Higgins Road, Suite 300
Chicago, IL 60631

Bryan Copits Washington University
600 S. Euclid Avenue
Campus Box 8054
Saint Louis, MO 63112

Cheryl Stucky
Medical College of Wisconsin
Cell Biology/Neurobiology/Anatomy
8701 Watertown Plank Road
Milwaukee, WI 53226

Cook County, Illinois
Attn.: Kimberly M. Foxx
Cook County State's Attorney
69 W. Washington
Chicago, IL 60602

DeKalb County, Illinois
Attn: Rick Amato
DeKalb County State's Attorney
133 West State Street
Sycamore, IL 60178

Dr. Derek Molliver, PhD
University of New England
Dept. Biomedical Sciences
11 Hills Beach Road
Biddeford, ME 04005

Dr. Howard Cooper
C/O Joseph E. Kolar
600 Central Ave. Suite 325
Highland Park, IL 60035

Dr. Raymond C. Tait, PhD
St. Louis University
1438 S. Grand Blvd
Saint Louis, MO 63104

Elsevier Inc.
230 Park Avenue, Suite 800
New York, NY 10169

Han Tong
310 Oak St. Apt 510
Cincinnati, OH 45219

Holly Cowley, PHARMD
3385 Fraserdale Dr.
Lexington, KY 40503

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794

Illinois Public Risk Fund
Attn: Ari J. Scharg Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Dr. Ling Cao
Biomedical Sciences
11 Hills Beach Road
Biddeford, ME 04005

Dupage County, Illinois
Attn: Robert B. Berlin
Dupage County State's Attorney
503 North County Farm Road
Wheaton, IL 60187

Elsevier Inc.
Attn: CT Corporation System, RA
28 Liberty Street
New York, NY 10005

Henry County, Illinois
Attn: Matthew Schutte
Henry County State's Attorney
307 West Center Street
Cambridge, IL 61238

Ian Boggero, PhD
356 Masterson Station Dr.
Lexington, KY 40511

Illinois Public Risk Fund
Attn: Joshua B. Rosenzweif, RA
1804 N. Naper Blvd, Suite 350
Naperville, IL 60563

Int't Union of Op. Engineers, Local 150
Attn: Dale David Pierson, RA
6140 Joliet Rd Local 150
La Grange Park, IL 60526

Int'l Union of Op. Engineers, Local 150
Attn: Ari J.Scharg
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654

Intergovernmental Personnel Gov't Co-op
Attn: Benjamin H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654

Intergovernmental Risk Management Agency Four
Westbrook Corporate Center
Suite 940
Westchester, IL 60154

Intergovernmental Risk Management Agency
Attn: Rafey S. Balabanian
Edelson PC
123 Townsend Street, Suite 100
San Francisco, CA 94107

JSJD Media, LLF
Attn: U.S. Corp Agents, Inc. – RA
9900 Spectrum Dr.
Austin, TX 78717

JSJD Media, LLF
Attn: U.S. Corp Agents, Inc. – RA
9900 Spectrum Dr.
Austin, TX 78717

Kane County, Illinois
Attn: Joseph H. McMahon
Kane County State's Attorney
37 West 777 Route 38, Suite 300
Saint Charles, IL 60175

Kane County, Illinois
Attn: Joseph H. McMahon
Kane County State's Attorney
37 West 777 Route 38, Suite 300
Saint Charles, IL 60175

Keesha Roach, PhD RN
University of Florida
2004 Mowry Road
3114 – C1
Gainesville, FL 32610

Kendall County, Illinois
Attn: Eric Weis
Kendall County State's Attorney
807 West John Street
Yorkville, IL 60560

M. Tatjana Ramos, MPH, PH
3400 Lebanon Pike
Murfreesboro, TN 37129

Macoupin County, Illinois
Attn: Jennifer A. Watson
Macoupin County State's Attorney
201 East Main Street
Carlinville, IL 62626

Mark C. Curran, Jr.
Lake County Sheriff
24 S. Martin Luther King Jr. Avenue
Waukegan, IL 60085

Mark C. Curran, Jr.
Attn: Joseph E. Kolar
600 Central Ave., Suite 32r5
Highland Park, IL 60035

Mark Jensen
Box 359612
Harborview Medical Center
325 Ninth Avenue
Seattle, WA 98104

Mark P Jensen, PhD
Dep't of Rehabilitation Medicine
Box 359612
325 Ninth Ave.
Seattle, WA 98104

McHenry County Illinois
Attn: Patrick D. Kenneally
McHenry County State's Attorney
2200 N. Seminary Avenue
Woodstock, IL 60098

Michael Johnson, PhD
Lilly Corporate Center DC0510
Indianapolis, IN 46285

Michael Nerheim
Lake County State's Attorney
18 North County Street
3rd Floor Waukegan, IL 60085

Midwest Operating Engineers
Health and Welfare Fund
Attn: Ari J. Scharg, Edelson PC
350 N. LaSalle Street, 14 Floor
Chicago, IL 60654

Painless Research Foundation
106 Ridgewood Ave
San Francisco, CA 94112

Pfizer, Inc.
235 East 42nd Street
New York, NY 10005

Pfizer, Inc.
Attn: CT Corporation System, RA
28 Liberty Street
New York, NY 10005

Piatt County, Illinois
Dana C. Rhoades
Piatt Cou. State's Atty
Piatt County Courthouse, Room 214
101 West Washington Street
Monticello, IL 61856

R. D. Burns
P.O. Box 7855
Huntington Beach, CA 92615

St. Clair County, Illinois
Attn: Eric D. Holland
Holland Law Firm
300 North Tucker Street, Suite 801
Saint Louis, MO 63101

Stanford Univ. School of Medicine
Attn: Mariela Abbott
Research Management Group
3172 Porter Drive
Palo Alto, CA 94304

The City of Burbank
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph, 4th Floor
Chicago, IL 60601

The Mayday Fund
Christina Spellman
Executive Director
127 West 26th Street, Suite 800
New York, NY 10001

The People of the State of Illinois
Attn: Paul J Hanley, Jr.
Simmons Hanley Conroy, LLC
112 Madison Ave.
New York, NY 10016

St. Clair County, Illinois
Attn: David Cates
Cates Mahoney, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226

St. Clair County, Illinois
Attn: Christopher Cueto
Law Office of Christopher Cueto, Ltd.
7110 West Main Street
Belleville, IL 62223

Stanford Univ. School of Medicine
Attn: Mariela Abbott
Research Management Group
3172 Porter Drive
Palo Alto, CA 94304

The City of Countryside
Attn: Allen, Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph, 4th Floor
Chicago, IL 60601

The People of the State of Illinois
Attn: Peter J Flowers
Meyers & Flowers, LLC
3 N. 2nd Street, Suite 300
Saint Charles, IL 60174

The Regents of the Univ. of Michigan
Attn: Julie Olivero
3003 S. State Street
First Floor
Ann Arbor, MI 48109-1274

The Township of Lyons
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph, 4th Floor
Chicago, IL 60601

The Washington University
Attn: Teri Medley
Campus Box 1054
One Brookings Drive
Saint Louis, MO 63130

Village of Bedford Park
Attn.: Allen N. Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph St., 4th Floor
Chicago, IL 60601

Village of Bridgeview
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph, 4th Floor
Chicago, IL 60601

Village of Lyons
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 West Randolph, 4th Floor
Chicago, IL 60601

Village of Summit
Attn: Kasif Khowaja
The Khowaja Law Firm, LLC
70 East Lake Street, Suite 1220
Chicago, IL 60601

The Village of Evergreen Park
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph, 4th Floor
Chicago, IL 60601

Valerie Hruschak, PhD.
4979 Sciota Street
Pittsburgh, PA 15224

Village of Bedford Park
Attn: Kasif Khowaja
The Khowaja Law Firm, LLC
70 East lake Street, Suite 1220
Chicago, IL 60601

Village of Hodgkins
Attn: Allen Schwartz
Kralovec, Jambois & Schwartz
60 W. Randolph 4th Floor
Chicago, IL 60601

Village of Summit
Attn: Allen N. Schwartz
60 W. Randolph St., 4th Floor
Chicago, IL 60601

Will County, Illinois
Attn: James W. Glasgow
Will County State's Attorney
57 North Ottawa Street
Joliet, Il 60432

Will County, Illinois
Attn: James W. Glasgow
Will County State's Attorney
57 North Ottawa Street
Joliet, Il 60432

Williamson County, Illinois
C/O Mark D. Prince
Prince Law Firm
P.O. Box 1050
Jacob, IL 62950

Intergovernmental Risk
Management Agency
Attn: Benjamin H. Richmond
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654

Williamson County, Illinois
C/O Mark D. Prince
Prince Law Firm
P.O. Box 1050
Jacob, IL 62950

Yehui Zhu
School of Nursing
3500 Victoria St.
Pittsburgh, PA 15261

# Postage Chargeback

Date:         November 7, 2019

Description:  Postage

Client#:      1820.91
              Mailing of Notice of Auction Sale to *Creditor Mailing List (81 total)*;
              81 #9 x12 Tyvek Envelopes @ 1.40 each = $113.40
                              and
              Mailing of Notice of Auction Sale and Bid Procedures to interested parties. (10 - 9 x12 Tyvek Envelopes @ 1.40 each = $14.00

## Total Postage Cost:                                    $127.40

Client #:     1820.91 (American Pain)

Client Name:  Michael Desmond, Trustee

Approved by: _____

N:\SHARED\CLIENTS\1820.1\POSTAGE CHARGEBACK FORM.doc