IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Deborah Thorne |
| | ) | |

**NOTICE OF AUCTION RESULTS**

**Bidding Procedures Order**: On November 7, 2019, the Court entered the Bidding Procedures Order (the "Bidding Procedures Order") (i) approving procedures for the sale (the "Sale") of the Estate's right, title, and interest in *The Journal of Pain* (the "Purchased Assets") to the successful bidder (the "Successful Bidder"); (ii) scheduling an auction (the "Auction"); (iii) approving the form and manner of notices associated with the Sale; and v) scheduling a final hearing to consider approval of the Sale of the Purchased Assets.

**Auction Results**: Please take notice that Michael S. Gold d/b/a The U.S. Association for the Study of Pain was designated as the "Successful Bidder" at the Auction. A back-up bidder was selected at the Auction, and that back-up bidder was North American Neuromodulation Society. The purchase price is $145,000.00, payable in cash at closing.

Dated: December 16, 2019              Respectfully submitted,

**MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY,**

By:  */s/ Michael K. Desmond*
          One of his Attorneys

Michael K. Desmond (#6208809)
Justin M. Herzog (#6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 19-18467 |
| | ) | |
| AMERICAN PAIN SOCIETY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Deborah Thorne |
| | ) ) ) ) | |

## NOTICE OF FILING

**TO:**   See attached Service List.

PLEASE TAKE NOTICE that on December 17, 2019, MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY, filed his Notice of Auction Results, a copy of which is attached.

Dated:  December 17, 2019

                                                Respectfully Submitted,

                                                **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of AMERICAN PAIN SOCIETY,**

                                                  By:   */s/ Michael K. Desmond*
                                                            One of his Attorneys

Michael K. Desmond (#6208809)
Justin M. Herzog (#6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

# CERTIFICATE OF SERVICE

The undersigned attorney states that on December 17, 2019, a copy of the attached:

## NOTICE OF FILING
and
## NOTICE OF AUCTION RESULTS

will be served on all counsel listed below in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System.

By: */s/ Michael K. Desmond*

**Mailing Information for Case 19-18467**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Steven B. Chaiken**   schaiken@ag-ltd.com
- **Michael K Desmond**   mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List – Via 1st Class Mail**

American Pain Society
8735 West Higgins Road
Suite 300
Chicago, IL 60631
*(Debtor)*